UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| STEVE R NERNESS | ) | |
| | ) | CASE NO. C04-0059 MWB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | *JUDGMENT* |
| | ) | |
| OFFICER DAN JOHNSON, | ) | |
| OFFICER VERN JEFFERSON, | ) | |
| & OFFICER BRYAN ELLENBECKER | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED THAT: Plaintiff take nothing and this action is dismissed with prejudice. Judgment is entered in favor of the defendants.

DATED: March 20, 2006

<u>Pridgen W. Watkins</u>
Clerk of Court

<u>S/src</u>
By: Deputy Clerk

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system:
3/20/06 - s/src
order mailed to pro se plaintiff with NEF